**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TOMMY DESOTO, et al., | ) | SA CV 08-514 AHS (MLGx) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| CHRISTOPHER CONDON, et al., | ) | |
| Defendants. | ) | |

Defendants' motion to dismiss and plaintiffs' renewed motion to appoint a receiver and for injunctive relief having come before the Court, the Honorable Alicemarie H. Stotler, Chief Judge, presiding, and the matter having been duly considered and decision having been duly rendered,

IT IS ORDERED AND ADJUDGED:

that plaintiffs shall take nothing from defendants, that judgment for defendants is granted, and that defendants shall recover their costs of suit.

DATED: October 23, 2008.

*ALICEMARIE H. STOTLER*

_____
ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE